THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Stacy Andre
 Wright, Appellant.
 
 
 

Appeal From Richland County
 Diane Schafer Goodstein, Circuit Court
 Judge
Unpublished Opinion No. 2008-UP-394
Submitted July 1, 2008  Filed July 15,
 2008    
APPEAL DISMISSED

 
 
 
 Appellate Defender LaNelle C. DuRant, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, and
 Solicitor Warren Blair Giese, all of Columbia, for Respondent.
 
 
 

PER
 CURIAM:  Stacy Wright appeals his guilty plea to trafficking
 cocaine and possession of cocaine.  He maintains his guilty plea failed to
 conform with the mandates set forth in Boykin v. Alabama, 395 U.S. 238
 (1969), because the plea court failed to adequately inform him of the
 constitutional rights he waived by entering a guilty plea.  After a thorough review of the record and counsels
 brief pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss Wrights appeal and grant counsels motion to be relieved.[1]
APPEAL DISMISSED.
HEARN, C.J., CURETON and GOOLSBY, A.J.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.